# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | C.A. 17-cv-374-LPS (consolidated) |
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, LLC, <br><br> Defendant. | C.A. 17-cv-403-LPS |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendant Impax Laboratories, LLC (formerly known as Impax Laboratories, Inc.), by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: June 28, 2018 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| /s/ Michael J. Farnan | /s/ John C. Phillips, Jr. |
| Joseph J. Farnan, Jr. (Bar No. 100245) | John C. Phillips, Jr. (#110) |
| Brian E. Farnan (Bar No. 4089) | David A. Bilson (#4986) |
| Michael J. Farnan (Bar No. 5165) | 1200 N. Broom Street |
| 919 N. Market Str., 12th Floor | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Tel: (302) 655-4200 |
| Tel: (302) 777-0300 | jcp@pgmhlaw.com |
| Fax: (302) 777-0301 | dab@pgmhlaw.com |
| farnan@farnanlaw.com | |
| bfarnan@farnanlaw.com | *Attorneys for Defendant* |
| mfarnan@farnanlaw.com | |
| *Attorneys for Plaintiffs* | |

IT IS SO ORDERED this _____ day of _____, 2018.

_____
The Honorable Leonard P. Stark